# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2024

### NO. 03-23-00319-CV

**Karen Bass and Lynn Smith, in their capacity as Successor Co-Trustees on behalf of the Amended and Restated George E. Bogle and Nancy T. Bogle Joint Revocable Trust, dated March 2, 2021, Appellants**

**v.**

**George Michael Bogle and Katherine Leigh Bogle Leavitt, Appellees**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on May 26, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in portions of the court's judgment. Therefore, the Court affirms the probate court's final judgment to the extent it declared that the purported trust amendment executed in October 2022 by George Michael Bogle on behalf of his parents was void and invalid and awarded fees and expenses to the court-appointed guardian ad litem and the receiver. The Court also affirms the final judgment to the extent that it declared that the provisions in the 2022 Trust Agreement and its amendments that changed the distribution of the trust assets on Nancy T. Bogle's death were void and invalid. The Court reverses the remainder of the final judgment and remands the case

to the probate court for further proceedings consistent with this Court's opinion.  Each party shall

bear their own costs relating to this appeal, both in this Court and in the court below.